**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:14-cv-02037-MSK

ROBERT FIORAVANTI, Individually and on Behalf of All Others Similarly Situated, and
Derivatively on Behalf of KODIAK OIL & GAS CORP.,

        Plaintiff,

   v.

WILLIAM J. KRYSIAK,
RODNEY D. KNUTSON,
HERRICK K. LIDSTONE, JR.,
LYNN A. PETERSON,
JAMES E. CATLIN,
WHITING PETROLEUM CORPORATION, and
1007695 B.C. LTD.,

        Defendants.

and

KODIAK OIL & GAS CORP., a Canadian Corporation,

      Nominal Party.

---

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

---

    PLEASE TAKE NOTICE, plaintiff Robert Fioravanti filed this shareholder action derivatively on behalf of Kodiak Oil & Gas Corp. and individually and on behalf of all other similarly-situated shareholders. No defendant has answered or filed for summary judgment, and a class has not been certified. Therefore, pursuant to Fed F. Civ. P. 41(a)(1)(A)(i), plaintiff hereby dismisses his claims against all defendants and does so without an order of the Court.

Dated:  October 24, 2014          DYER & BERENS LLP


                                   s/ Jeffrey A. Berens_____
                                  Robert J. Dyer III
                                  Jeffrey A. Berens
                                  303 East 17th Avenue, Suite 810
                                  Denver, CO  80203
                                  Telephone: (303) 861-1764
                                  FAX: (303) 395-0393
                                  Email: bob@dyerberens.com
                                  Email: jeff@dyerberens.com

                                  MILBERG LLP
                                  Kent A. Bronson
                                  Christopher Schuyler
                                  One Pennsylvania Plaza
                                  New York, New York  10119
                                  Telephone: (212) 594-5300
                                  FAX:  (212) 868-1229
                                  Email: kbronson@milberg.com
                                  Email: cschuyler@milberg.com

                                  *Attorneys  for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 24, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

<u>s/ Jeffrey A. Berens</u>
Jeffrey A. Berens
Attorney for Plaintiffs
DYER & BERENS LLP
303 East 17th Avenue, Suite 810
Denver, CO 80203
Telephone: (303) 861-1764
FAX: (303) 395-0393
Email: jeff@dyerberens.com